FILED 19 JAN '23 14:38 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr- 00025-MC |
| v. | INDICTMENT |
| ALEXANDER NORIEGA, | 21 U.S.C. § 841(a)(1), (b)(1)(B)(i) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
**(Possession with Intent to Distribute Heroin)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(i))**

On or about January 15, 2023, in the District of Oregon, defendant **ALEXANDER NORIEGA** did unlawfully and knowingly possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(i).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained,

**Indictment**                                                                                          Page 1

directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: January 19, 2023

A TRUE BILL

[redacted]

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Adam Delph*

ADAM DELPH
Assistant United States Attorney